**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Constance Faye Salaneck                    CHAPTER 13
            Debtor(s)

BKY. NO. 19-13862 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

            Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
03 Nov 2020, 16:58:58, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322