| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-13862-PMM**

CONSTANCE FAYE SALANECK
556 FIRE TOWER ROAD
BIRDSBORO  PA   19508

Petition Filed Date: 06/15/2019
341 Hearing Date: 09/10/2019
Confirmation Date: 03/05/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $200.00 | | 02/03/2020 | $500.00 | | 03/05/2020 | $195.00 | 985004 |
| 03/17/2020 | ($195.00) | 985004 | 03/18/2020 | $195.00 | 880001 | 05/11/2020 | $195.00 | |
| 05/28/2020 | $250.00 | | 06/19/2020 | $250.00 | | 07/24/2020 | $195.00 | |
| 08/24/2020 | $195.00 | | 09/28/2020 | $195.00 | | 11/12/2020 | $195.00 | |
| 12/14/2020 | $195.00 | | 12/29/2020 | $195.00 | | 02/01/2021 | $195.00 | |
| 03/15/2021 | $195.00 | | 04/20/2021 | $195.00 | | 05/18/2021 | $195.00 | |

**Total Receipts for the Period: $3,540.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,161.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHELE PEREZ CAPILATO ESQ | Attorney Fees | $3,150.00 | $3,150.00 | $0.00 |
| 1 | CHASE BANK USA NA<br>»» 002 | Unsecured Creditors | $6,258.40 | $0.00 | $6,258.40 |
| 2 | MET-ED FIRST ENERGY COMPANY<br>»» 003 | Unsecured Creditors | $570.22 | $0.00 | $570.22 |
| 3 | BANK OF AMERICA NA<br>»» 004 | Unsecured Creditors | $4,208.95 | $0.00 | $4,208.95 |
| 4 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $13,633.29 | $0.00 | $13,633.29 |
| 5 | DANIEL BOONE SCHOOL DISTRICT<br>»» 006 | Secured Creditors | $5,007.65 | $473.29 | $4,534.36 |
| 6 | BRANCH BANKING & TRUST CO<br>»» 007 | Unsecured Creditors | $14,002.60 | $0.00 | $14,002.60 |
| 7 | BRANCH BANKING & TRUST CO<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | FREEDOM MORTGAGE CORPORATION<br>»» 009 | Mortgage Arrears | $1,866.70 | $176.42 | $1,690.28 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $33,264.17 | $0.00 | $33,264.17 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $6,951.60 | $0.00 | $6,951.60 |

**Chapter 13 Case No. 19-13862-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,161.00 | Current Monthly Payment: | $195.00 |
| Paid to Claims: | $3,799.71 | Arrearages: | ($220.00) |
| Paid to Trustee: | $361.29 | Total Plan Base: | $11,156.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.