UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Constance Faye Salaneck
       Bankruptcy No. 19-13862-pmm
       Adversary No.
       Chapter 13

Date:   October 13, 2021

To:     BB&T now Truist
       c/o Kendra Moore
       PO Box 1847
       100-50-01-51
       Wilson NC 27894

## NOTICE OF INACCURATE FILING

Re:  Notice of Mortgage Payment Change (Claim #8) with Certificate of Service

The above pleading was filed in this office on **October 10, 2021 .**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )    Debtor's name does not match case number listed
- ( )    Debtor's name and case number are missing
- (XX)  Wrong PDF document attached - **Document attached is for a different debtor and Bankruptcy Court**.
- ( )    PDF document  not legible
- ( )    Notice of Motion/Objection
- ( )    Electronic Signature missing
- ( )    Other:

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  **Lisa Henry**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04