| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-13862-PMM**

CONSTANCE FAYE SALANECK
556 FIRE TOWER ROAD
BIRDSBORO  PA   19508

Petition Filed Date: 06/15/2019
341 Hearing Date: 09/10/2019
Confirmation Date: 03/05/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $195.00 | | 05/18/2021 | $195.00 | | 06/18/2021 | $195.00 | |
| 07/16/2021 | $195.00 | | 08/24/2021 | $195.00 | | 09/23/2021 | $195.00 | |
| 10/28/2021 | $195.00 | | 11/29/2021 | $195.00 | | 01/25/2022 | $195.00 | |
| 02/22/2022 | $195.00 | | 03/29/2022 | $195.00 | | 05/11/2022 | $195.00 | |
| 06/13/2022 | $195.00 | | 07/21/2022 | $195.00 | | | | |

**Total Receipts for the Period: $2,730.00     Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,501.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHELE PEREZ CAPILATO ESQ | Attorney Fees | $3,150.00 | $3,150.00 | $0.00 |
| 1 | CHASE BANK USA NA »» 002 | Unsecured Creditors | $6,258.40 | $0.00 | $6,258.40 |
| 2 | MET-ED FIRST ENERGY COMPANY »» 003 | Unsecured Creditors | $570.22 | $0.00 | $570.22 |
| 3 | BANK OF AMERICA NA »» 004 | Unsecured Creditors | $4,208.95 | $0.00 | $4,208.95 |
| 4 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $13,633.29 | $0.00 | $13,633.29 |
| 5 | DANIEL BOONE SCHOOL DISTRICT »» 006 | Secured Creditors | $5,007.65 | $2,030.13 | $2,977.52 |
| 6 | BRANCH BANKING & TRUST CO »» 007 | Unsecured Creditors | $14,002.60 | $0.00 | $14,002.60 |
| 7 | BRANCH BANKING & TRUST CO »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | FREEDOM MORTGAGE CORPORATION »» 009 | Mortgage Arrears | $1,866.70 | $756.78 | $1,109.92 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $33,264.17 | $0.00 | $33,264.17 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $6,951.60 | $0.00 | $6,951.60 |

Chapter 13 Case No. 19-13862-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,501.00 | Current Monthly Payment: | $195.00 |
| Paid to Claims: | $5,936.91 | Arrearages: | $170.00 |
| Paid to Trustee: | $564.09 | Total Plan Base: | $11,156.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.