# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| IN RE:<br>CONSTANCE FAYE SALANECK<br>    Debtor | Case No. 19-13862-pmm |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>CONSTANCE FAYE SALANECK<br>    Respondents | 11 U.S.C. §362 |

## ORDER

**AND NOW**, this  1st  day of  August , 2022, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge