## IN THE UNITED STATES BANKRUPTCY COURT FOR
### EASTERN      DISTRICT OF  PENNSYLVANIA
### READING      DIVISION

In re

CONSTANCE FAYE SALANECK

Debtors.

In Chapter  13  Proceeding
Case No.  19-13862

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that  Synchrony Bank      c/o PRA Receivables
Management, LLC hereby withdraws its Request for Special Notice filed on
6/18/2019      Docket Number  7  .

Dated:  This  10   th day of  July    , 2023

By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## Certificate of Service

I hereby certify that a copy of the foregoing was served electronically to the following parties:

MICHELE PEREZ CAPILATO
Attorney

SCOTT WATERMAN
Chapter 13 Trustee

Dated: This 10 th day of July , 2023

By:    /s/Valerie Smith_____

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257