Certificate Number: 15111-PAE-DE-038601104

Bankruptcy Case Number: 19-13862



15111-PAE-DE-038601104

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 24, 2024, at 4:55 o'clock AM EDT, Constance Faye Salaneck completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 24, 2024              By:   /s/Hasan Bilal for Ryan McDonough

                                  Name: Ryan McDonough

                                  Title: Executive Director of Education