B283 (Form 283) (04/13)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT Of PENNSYLVANIA

**In re**

| | | |
|---|---|---|
| **CONSTANCE FAYE SALANECK** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **No. 19-13862 pmm** |

CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I.  Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

__**XX**____        I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

_____             I am or have been required to pay a domestic support obligation.  I have paid all such amounts that my chapter 13 plan required me to pay.  I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

My current address: _____.

My current employer and my employer's address: _____.

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

__XX__         I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

_____ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

*Part IV.  Debtor's Signature*

*Amounts are subject to adjustment on 4/01/2016, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

I certify under penalty of perjury that the information provided in these Certifications is true and correct to the best of my knowledge and belief.

Executed on: June 25, 2024          /s/ Constance Faye Salaneck

                                                   Constance Faye Salaneck, Debtor